UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2009
JULY 29, 2009 SESSION



FILED
JUL 29 2009
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.   CRIMINAL NO. 3:09-00176
     18 U.S.C. § 922(g)(1)
     18 U.S.C. § 924(a)(2)

**DANIEL K. LEGGETTE**
    **also known as "Boo Bam"**

### INDICTMENT

The Grand Jury Charges:

1. On or about May 14, 2008, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant DANIEL K. LEGGETTE, also known as "Boo Bam," did knowingly possess a loaded firearm, that is a Hi Point, model C-9, 9mm pistol, in and affecting interstate commerce.

2. At the time defendant DANIEL K. LEGGETTE, also known as "Boo Bam," possessed the aforesaid firearm, he had been convicted of crimes, each of which was punishable by a term of imprisonment exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is:

    a. Convicted on or about May 31, 1994, in the Third Judicial Circuit Court, County of Wayne, Michigan of Possession of Under 25 Grams of Cocaine in violation of MCL 333.74032A5;

    b. Convicted on or about February 13, 1996, in the Third Judicial Circuit Court, County of Wayne, Michigan of Possession

with Intent to Deliver Under 50 Grams of Cocaine in violation of MCL 333.47012A4;

c.  Convicted on or about April 24, 2007, in the Circuit Court of Cabell County, West Virginia of Possession with Intent to Deliver Crack Cocaine in violation of W. Va Code § 60A-4-401; and

d.  Convicted on or about April 24, 2007, in the Circuit Court of Cabell County, West Virginia of Attempt to Commit a Felony, to wit: Unlawful Wounding in violation of W. Va Code § 61-11-8(2).

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                CHARLES T. MILLER
                United States Attorney

By: _____
    LISA G. JOHNSTON
    Assistant United States Attorney