4-18-10

To whom it may concern:

    Please forward this letter to its' proper office clerk for filing.... Thank you!

    My name is Daniel K. Legette & I'm writing in concerns of an appeal, in response to Judge Chambers judgement of order in case 3:09-00176, on 4-12-10 & to make your office aware that I have obtained private legal counsel to represent me in this matter.

    Thank you for ya' time in this matter.

                                          Thank You,

                                          Daniel K. Legette



FILED
APR 20 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Daniel K. Leggette
13 Crossbar Rd.
Grayson, Ky.
41143

United States District Court
Southern District of W. Va.
Office of the Clerk
P.O. Box 1570
25716

